AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of   NEVADA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:16-mj-000077-NJK |
| | ) | |
| EUREKA ROSHANDA MATHIS | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse<br>333 Las Vegas Blvd., So.<br>Las Vegas, NV 89101 | Courtroom No.: | 3A |
|---|---|---|---|
| | | Date and Time: | 01/25/2016 at 2:00 p.m. |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   January 22, 2016

*Judge's signature*

NANCY J. KOPPE, U.S. Magistrate Judge

*Printed name and title*



```
_X_ FILED      ____ RECEIVED
___ ENTERED    ____ SERVED ON
         COUNSEL/PARTIES OF RECORD

         JAN 22, 2016

     CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```